AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Sep 27, 2023**

SEAN F. McAVOY, CLERK

SHAWN S.,
*Plaintiff*
v.

KILOLO KIJAKAZI,
ACTING COMMISSIONER OF SOCIAL SECURITY,
*Defendant*

Civil Action No. 1:22-CV-3039-JAG

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's Motion for Summary Judgment, ECF No. 14, is GRANTED; Defendant's Motion for Remand, ECF No. 17, is DENIED; Plaintiff's Motion to Remand for Benefits, ECF No. 18, is GRANTED; Commissioner's final decision is REVERSED and REMANDED for a finding of disability under sentence four of 42 U.S.C. § 405(g). Judgment entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge James A. Goeke on motion for summary judgment, motion for remand, and motion to remand for benefits.

Date: September 27, 2023

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore